UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,                                    Case No. 19-cr-0262 (WMW)

        Plaintiff,

                                     **ORDER**

    v.

Darren Joseph Maddalena,

        Defendant.

---

This matter is before the Court on Defendant Darren Joseph Maddalena's unopposed motion to extend his self-surrender date. (Dkt. 87.)

On November 3, 2021, the Court sentenced Maddalena to 42 months' imprisonment and ordered him to self-surrender to the United States Marshal (USM) for this District or his designated Federal Bureau of Prisons (BOP) facility on January 4, 2022. Maddalena now seeks a six-week extension of that deadline February 14, 2022, due to family circumstances. In particular, Maddalena wishes to spend this additional time with his ailing father, for whom Maddalena has served as the primary caregiver, while his father is transitioned into hospice care. Maddalena represents that Plaintiff United States of America has no objection to this requested extension.

The Court concludes that these unique circumstances, together with Maddalena's record of compliance while on supervised release, demonstrate good cause to extend the self-surrender date. However, because the BOP requests any surrender dates to occur on

Tuesdays, Wednesdays or Thursdays, the Court will extend the self-surrender date to Thursday, February 10, 2022.  Accordingly, Maddalena's motion is granted in part.

**ORDER**

Based on the foregoing analysis and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

1.      Defendant Darren Joseph Maddalena's Motion to Extend Self-Surrender Date, (Dkt. 87), is **GRANTED IN PART**.

2.      Defendant Darren Joseph Maddalena shall self-surrender to the United States Marshal for this District or his designated Federal Bureau of Prisons facility no later than 10:00 a.m. on Thursday, February 10, 2022.


Dated:  December 16, 2021                                    s/Wilhelmina M. Wright
                                                            Wilhelmina M. Wright
                                                            United States District Judge